Entered on Docket June 27, 2013

Below is the Order of the Court.

Brian D. Lynch
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)

_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT COURT OF WASHINGTON

Re )
 ) In Chapter 7 Proceeding
**GARY E. WHITE** ) No. 11-48957
 )
 ) **ORDER REOPENING CASE**
 )
**Debtor(s)** )
 )
 )
_____ )

IT IS HEREBY ORDERED:
that this case is reopened in order to hear the Motion for Violation of Discharge Order in this case.

/s/ Ellen Ann Brown
_____
Ellen Ann Brown WSB 27992
Attorney for Debtor

**BROWN and SEELYE PLLC**
744 South Fawcett Ave.
Tacoma, WA 98402
253-573-1958